**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                                                       CASE NO. 6:92-CR-35-ORL-19

PAUL OHAEGBU

        Defendant.

_____

ORDER

    This case was considered by the Court on the Defendant's Motion for Modification of Sentence and Evidentiary Hearing on Issue of Drug Quantity (Doc. No. 1166, filed April 9, 2008) and the Court's Order (Doc. No. 1168, filed April 18, 2008) pursuant to U.S. Sentencing Commission Amendments 706 and 711, 18 United States Code §3582(c)(2), 28 United States Code §994(u), U.S. Sentencing Guideline §1B1.10 and Application Notes, and Federal Rule of Criminal Procedure 43(b)(4).

    The Court has reviewed the Supplemental Presentence Report and the submissions of the parties, the Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc No. 1179, filed May 20, 2008).

    Upon consideration the court determines that Defendant is eligible for a reduction of sentenced as follows:

    1.    Defendant's Advisory Guideline Range is **REDUCED 2 levels** to Total Offense Level 38, Criminal History Category II (262-327 months) as to Count One.

    2.    The Judgment in a Criminal Case (Doc. No. 638, filed November 25, 1992)

is amended to provide:

> Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **262 months**, or time served, whichever is greater.

In all other respects the Judgment in a Criminal Case (Doc. No. 638), remains in full force and effect and is otherwise unamended.

3. The Court has considered the factors enumerated in 18 United States Code §3553 and the applicable guidelines and policy statements issued by the U.S. Sentencing Commission, including but not limited to U.S. Sentencing Guideline 1B1.10, in imposing this sentence.

4. Defendant's presence before the Court is not required. Federal Rule of Criminal Procedure 43(b)(4).

5. This Order shall become effective **ten (10) days from the date below** and shall not apply if Defendant has been released from custody prior to that date.

6. Defendant is advised of his right to appeal. To the extent permitted by law and any Plea Agreement, Defendant has a right to file an appeal of this Order **within ten (10) days** from its filing with the Clerk of Court. Failure to timely file a Notice of Appeal will result in waiver of the right to appeal. The Government may file an appeal from this Order. Defendant is entitled to the assistance of counsel if an appeal is filed, and if he cannot afford an attorney the Court will appoint one to represent him on the appeal at no charge or cost to Defendant.

**DONE AND ORDERED** at Orlando, Florida, this ___28th___ day of May, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
Defendant